# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1465

_____

| | | |
|---|---|---|
| Anthony James Moore, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Timothy Schuetzle,; Elaine Little; | * | District of North Dakota. |
| Robert Coad; Denise Senger; Kathleen | * | |
| Bachmeier, individually and in their | * | [UNPUBLISHED] |
| official capacities, | * | |
| | * | |
| Appellees, | * | |
| | * | |
| Barbara Gross, individually and in her | * | |
| official capacity, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Cordell Stromme; Mirna Stromme, | * | |
| individually and in their official | * | |
| capacities, | * | |
| | * | |
| Appellees, | * | |
| | * | |
| Justin Heidt; Dan Gleich, individually | * | |
| and in their official capacities, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| Jeff Hostetter, Dr.; John Hagan, | * | |
| Dr., individually and in their official | * | |
| capacities, | * | |
| | * | |
| Appellees, | * | |

Tugrul Kihtir, Dr., individually and in    *
his official capacity,                      *
                                            *
        Defendant.                          *

_____

Submitted: March 23, 2006
Filed: March 27, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

North Dakota inmate Anthony James Moore appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having conducted de novo review of the record and considered the parties' arguments, we find no basis for reversing the district court's well-reasoned opinion. See Murphy v. Mo. Dep't of Corr., 372 F.3d 979, 982 (8th Cir.), cert. denied, 543 U.S. 991 (2004) (standard of review). We also find no abuse of discretion in the district court's denial of Moore's requests for an independent medical examination, see Ledford v. Sullivan, 105 F.3d 354, 358-59 (7th Cir. 1997) (given particular factual issues in case, determining deliberate indifference was not so complicated that expert was required to establish inmate's case), and the appointment of a medical expert, cf. Sanden v. Mayo Clinic, 495 F.2d 221, 225 (8th Cir. 1974) (manner and conditions of court-ordered medical examination, and designation of person to conduct examination, are vested in sound discretion of district court).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Moore's pending motions.

_____

[1]The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.

-2-